# FedEx Express — International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

**1 From**

- Date:
- Sender's Name: Joshua Ambush
- Sender's FedEx Account Number: 4851-6132-5
- Phone: 410-484-2070
- Company: LAW OFFICES OF JOSHUA M. AMBUS
- Address: 106 OLD COURT RD STE 303
- City: PIKESVILLE
- Country/Territory: US
- ZIP/Postal Code: 21208-4076
- Internal Billing Reference:
- Email Address: trice@ambushlaw.com

**2 To**

- Recipient's Name: Abbas Araghchi, Minister
- Company: Islamic Republic of Iran, Ministry of Foreign Affairs
- Address: Imam Khomeini Avenue
- Address: Imam Khomeini Street
- City: Tehran
- County/Territory: Iran
- ZIP/Postal Code: 1136914811
- Email Address:
- Recipient's Tax ID Number for Customs Purposes:
- 2B ☐ Residential Delivery

**3 Shipment Information**

- Total Packages: 1
- Total Weight: lbs / kg
- Total Declared Value for Carriage: 0
- Total Value for Customs: 0
- Commodity Description: documents
- Harmonized Code:
- Country of Manufacture: X
- Value for Customs: X

Has EEI been filed in AES? ☐ Yes — Enter AES proof of filing citation:  ☐ No EEI required, value $2,500 or less per Sch. B number, no license required (NLR), not subject to ITAR.  ☐ No EEI required, enter exemption number.  ☐ For U.S. Export Only. Check One.

**4 Express Package Service**

- 06 ☐ FedEx Intl. First — Delivery by noon to select locations.
- 2A ☐ FedEx Intl. Priority Express
- 2P ☐ FedEx Intl. Priority — Delivery by end of day.
- 03 ☐ FedEx Intl. Economy

**5 Packaging**

- 06 ☒ FedEx Envelope
- 15 ☐ FedEx 10kg Box
- 02 ☐ FedEx Pak
- 25 ☐ FedEx 25kg Box
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 01 ☐ Other

**6 Special Handling and Delivery Signature Options**

- 01 ☐ Hold at FedEx Location
- 03 ☐ Saturday Delivery
- 03 ☐ Direct Signature
- 34 ☐ Indirect Signature

**7 Payment — Bill transportation charges to:**

- 1 ☒ Sender — Acct No. in Section 1 will be billed.
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Cheque

Bill duties and taxes to: 1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment.

Sender's Signature:

Origin Station ID: 710

FedEx Tracking Number: 8177 3155 9891 0402

Tracking: 8177 3155 9891 (repeated on Package Label, Commercial Invoice Label, Delivery Record Label, Delivery Reattempt Label)

PART 159409 • Rev. Date 11/19 • RRDA 08/22

09/23/2025 00:05

Do not ship liquids, blood, or clinical specimens in this packaging.

Pull to open. ▲

Manifest Billing Copy

Insert shipping document here.