THE LAW OFFICE OF
JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

October 20, 2025

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

_Via electronic filing & hand delivery_

Re: *Kerr et al. v. Islamic Republic of Iran*
Civil Action No. 1:25-cv-3190-BAH
Request for Service of Process on Defendant Islamic Republic of Iran Pursuant to 28 U.S.C. § 1608(a)(4)

Dear Ms. Caesar:

In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the Court of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(4), on defendant the Islamic Republic of Iran.

For purposes of service, the above-named defendant is considered the "foreign state" of the Islamic Republic of Iran under 28 U.S.C. §1608(a).

This case was brought under 28 U.S.C. § 1605A against the defendant for material support of terrorism in the Khobar Towers bombing in Saudi Arabia. Because this case is governed by the Foreign Sovereign Immunities Act, service of the default judgment must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Iran cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because Iran has not entered into any special agreement regarding service with plaintiffs and because Iran is not a signatory to any applicable international agreement regarding service.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on Defendant Iran and has failed. The service documents were sent to Defendant Iran via FedEx on October 9, 2025 international waybill tracking number 817731559891. *See* ECF Nos. 8 & 9.

FedEx was unable to deliver or serve the service documents and they were returned to the undersigned on October 16, 2025. A copy of the FedEx return label, referencing original waybill tracking number, 817731559891, is attached herein. Thus, service under 28 U.S.C. § 1608(a)(4) is warranted here.

In such circumstances, pursuant to 28 U.S.C. §1608(a)(4), the Clerk of Court shall send two copies each of the summons, complaint, and notice of suit with any attachments, together with a translation of each "by any form of mail requiring a signed receipt to be addressed and dispatched

by the clerk of court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services[.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. §1608(a)(4) and 22 C.F.R. §93.2, I have enclosed for service on the defendant:

1) Two copies of the Summons in this action addressed to Iran with accompanying translations into Farsi.
2) Two copies of the Complaint in this action with accompanying translations into Farsi.
3) Two copies of the Notice of Suit with accompanying translations into Farsi.
4) Two copies of the FSIA as currently in force with accompanying translations into Farsi.
5) Two copies of the Standing Order in Civil Cases with accompanying translations into Farsi.

Please take all necessary steps to dispatch the materials pursuant to 28 U.S.C. § 1608(a)(4) to the U.S. Department of State, Office of Legal Affairs, Overseas Citizen Services, Bureau of Consular Affairs, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710, Attn: FSIA.

Please also note that, as confirmed by the U.S. Department of State's Judicial Assistance Team (see attached correspondence), the service fee previously remitted for the *Breezee v. Islamic Republic of Iran* matter will be applied to the instant *Kerr v. Islamic Republic of Iran* case. Accordingly, no new check accompanies this packet, as the Department of State has agreed to transfer the existing payment.

I respectfully request that the documents be mailed by FedEx to the above address. I have enclosed a box for the materials with a prepaid electronic waybill. Thank you very much for your assistance in this matter. Please do not hesitate to contact me with any questions you have.

Sincerely,

Joshua M. Ambush

JMA/kc
Enclosures