Pull to open.

NO SERVICE NO SER.

# FedEx Express International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

Manifest Billing Copy

FedEx Tracking Number 8177 3155 9891 0402 Form ID No.

**1 From**

Date

Sender's FedEx Account Number 4851-6132-5

Sender's Name Joshua Ambush Phone 410 484-2070

Company LAW OFFICES OF JOSHUA M. AMBUS

Address

Address 106 OLD COURT RD STE 303

City PIKESVILLE State Province MD

Country/Territory US ZIP Postal Code 212084076

Email Address trice@ambushlaw.com

Internal Billing Reference KT KERR

**2 To** 28 ☐ Residential Delivery

Recipient's Name Abbas Araghchi, Min of Foreign Affairs Phone

Company Islamic Republic of Iran

Address Ministry of Foreign Affairs

Address Imam Khomeini Street Dept/Floor

City Imam Khomeini Square State Province

Country/Territory Tehran, Iran ZIP Postal Code 1136914811

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages 1 (Shipper's Load and Count/SLAC) Total Weight ☐ lbs. ☐ kg DIM X X ☐ in. ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| documents | | | |

Has EEI been filed in AES? For U.S. Export Only: Check One
☐ No EEI required, value $2500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
If other than NLR, enter License Exception:

Total Declared Value for Carriage Ø

Total Value for Customs (Specify Currency) Ø

**4 Express Package Service**

06 ☒ FedEx Intl. First 2A ☐ FedEx Intl. Priority Express (Delivery by noon to select locations.) 2P ☐ FedEx Intl. Priority (Delivery by end of day.) 03 ☐ FedEx Intl. Economy

**5 Packaging**

06 ☒ FedEx Envelope 02 ☐ FedEx Pak 03 ☐ FedEx Box 04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box 25 ☐ FedEx 25kg Box 01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide. Not available to all locations or for all shipments.

01 ☐ Hold at FedEx Location 03 ☐ Saturday Delivery
10 ☐ Direct Signature (Someone at recipient's address may sign for delivery.) 34 ☐ Indirect Signature (If no one is available at recipient's address, someone at a neighboring address may sign for delivery.)

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to: Enter FedEx Acct. No. or Credit Card No. below.

1 ☒ Sender (Acct. No. in Section 1 will be billed.) 2 ☐ Recipient 3 ☐ Third Party 4 ☐ Credit Card 5 ☐ Cash Check/Cheque

Total Transportation

FedEx Acct. No.

Credit Card No. Specify Currency

Credit Card Exp. Date

Bill duties and taxes to: Enter FedEx Acct. No. below.

1 ☒ Sender (Acct. No. in Section 1 will be billed.) 2 ☐ Recipient 3 ☐ Third Party

FedEx Acct. No.

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature: [signature]

710

Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units | Total Volume (cm)

Received At: ☐ Reg. Stop ☐ On-Call Stop ☐ Drop Box ☐ World Service Center ☐ Station Forms Attached: ☐ CI ☐ CO

Base Charges | Declared Val. Chrg. | Other | ODA/OPA | Credit Card Auth.

FedEx Emp. # | Audit Emp. # | Date | Time | Del. Courier Emp. # | Date | Time

PACKAGE LABEL · COMMERCIAL INVOICE LABEL · DELIVERY RECORD LABEL · DELIVERY REATTEMPT LABEL

Insert shipping document here.

RRDA 08/22

09/23/2025 00:05

PART 158409 • Rev. Date 11/19 • ©1994-2019 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill


FedEx 1 pcs
MPS# 0260
8058 8414 0601
THU - 16 OCT AA
STANDARD OVERNIGHT
21208
MD-US
BWI
18 ZFEA
58HG4/008C/484B
Reusable Large Pak
FedEx Express
MPS Label
8058 8414 0601
Form ID No. 0260
FedEx Tracking Number for Shipper
8058 8414 0601
4209 THU 10/16 06:56
677,678,679,688,689
600-0
XX.PD:0:N
STP: 1
21208
,MD
URGENT
FROM
FedEx Express
Name J. Ambrose
Company
Address 106 Old Court Rd Ste. 303
City, State ZIP 21208
Telephone
136596 REV 3/21
FedEx 1 pcs
MPS# 0260
8058 8414 0601
THU - 16 OCT AA
STANDARD OVERNIGHT
21208
MD-US
BWI
18 ZFEA
58HG4/008C/484B