TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:ZFEA    (410) 484-2070
JOSHUA M. AMBUSH
JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD
SUITE 303
BALTIMORE, MD 21208
UNITED STATES US

SHIP DATE: 20OCT25
ACTWGT: 1.00 LB
CAD: 101187522/INET4535

BILL SENDER

TO **U.S. DEPARTMENT OF STATE**
**OFFICE OF LEGAL AFFAIRS**
**BUREAU OF CONSULAR AFFAIRS**
**CA/OCS/L**
**SA-17, 10TH FLOOR**
**WASHINGTON DC 20522**
(202) 485-6173        REF: KT KERR A4
INV:
PO:                   DEPT:




TUE - 21 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 
0201  8853 3258 3391

**19 KMDA**

20522
DC-US  IAD



Align bottom of peel-and-stick airbill or pouch here.