**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEVEN KERR, *et al*., *
*
Plaintiffs, *
*
v. * Case No. 1:25-cv-3190 (BAH)
*
ISLAMIC REPUBLIC OF IRAN, *
*
Defendant. *
*****************************************************************************

# INDEX OF EXHIBITS

Exhibits to Plaintiffs' Motion for Alternative Service by Electronic Mail Upon Defendant

| Exhibit | Description |
|---|---|
| 1 | Returned FedEx international air waybill marked "NO SERVICE" (ECF No. 10-2) |
| 2 | U.S. Department of State, Judicial Assistance Team, correspondence regarding § 1608(a)(4) service in this case (Apr. 14, 2026) |
| 3 | U.S. Department of State, Judicial Assistance Team, correspondence regarding § 1608(a)(4) service in this case (Sept. 3, 2026) |
| 4 | Swiss Federal Department of Foreign Affairs, "Swiss representations in Iran," status of the Embassy of Switzerland in Tehran (captured Sept. 3, 2026) |
| 5 | U.S. Postal Service, International Mail Service Suspensions, Iran (captured Aug. 31, 2026) |
| 6 | DHL shipping calculator, United States to Iran, "Shipment service unavailable" (captured Aug. 31, 2026) |
| 7 | UPS country regulations, United States to Iran, "No Service Available" (captured Aug. 31, 2026) |
| 8 | Hutan v. Islamic Republic of Iran, No. 1:25-cv-00837-ACR (D.D.C.), Minute Order (Apr. 16, 2026) |
| 9 | John Farshid Doe v. Islamic Revolutionary Guard Corps, No. 1:26-cv-00334 (CJN) |

| | |
|---|---|
| | (D.D.C.), Order (June 9, 2026) |
| 10 | Mahvi v. Islamic Republic of Iran, No. 1:25-cv-00059-TNM-MAU (D.D.C.), Minute Order (June 17, 2026) |
| 11 | Doe v. Islamic Republic of Iran, No. 1:26-cv-02507-MAU (D.D.C.), Minute Order (Aug. 31, 2026) |
| 12 | Mahvi v. Islamic Republic of Iran, No. 1:25-cv-00059-TNM-MAU (D.D.C.), Return of Service as to Iran with service e-mail (ECF Nos. 20, 20-1) (June 18, 2026), and Clerk's Entry of Default as to Iran (ECF No. 23) (Aug. 19, 2026) |
| 13 | Hutan v. Islamic Republic of Iran, No. 1:25-cv-00837-ACR (D.D.C.), Affidavit of Electronic Service as to Iran (ECF No. 13) (Apr. 17, 2026) and Clerk's Entry of Default (ECF No. 15) (June 22, 2026) |
| 14 | FedEx rate tool result, Baltimore, Maryland to Tehran, Iran, "Unfortunately FedEx does not service this address" (captured Sept. 1, 2026) |
| 15 | Uno Doe v. Islamic Republic of Iran, No. 1:26-cv-01002 (APM) (D.D.C.), Order Denying Renewed Motion for Alternative Service by Electronic Mail (ECF No. 11) (July 28, 2026) |
| 16 | Akrami v. Islamic Republic of Iran, No. 1:25-cv-00428 (TNM/ZMF) (D.D.C.), Memorandum Opinion and Order Denying Alternative Service (ECF No. 21) (July 14, 2026) |
| 17 | Does v. Democratic People's Republic of Korea, No. 1:23-cv-00273 (TJK) (D.D.C.), Memorandum Opinion (May 28, 2026) |