# EXHIBIT 2

**From:** FSIA-LR <FSIA-LR@state.gov>
**Sent:** Tuesday, April 14, 2026 7:36 AM
**To:** Joshua M Ambush, Esq.; Nannette Garcia; FSIA-LR
**Cc:** Kara Coggins
**Subject:** RE: [External] RE: Follow-Up Request – A4 Service Status and Payment Confirmation

Good morning,

This is in response to your request for information on the status of service upon the Islamic Republic of Iran pursuant to 28 U.S.C. §1608(a)(4). While the Embassy of the Swiss Confederation is serving as protecting power for U.S. interests in Iran, the Foreign Interests Section is temporarily closed until further notice.[1] Given the security situation in Iran, service upon Iranian defendants under Sec. 1608(a)(4) is not possible at this time. However, we continue to work with our colleagues at the U.S. Embassy in Bern to track these cases as circumstances develop.

Currently, Kerr v. Iran was mailed to our embassy before the conflict began and it's pending with our colleagues in Bern until further action can be taken.

We regret that we are unable to give you a precise timetable for when service may be accomplished, but please do not hesitate to contact our office if you need additional status updates in the future.

Regarding the check, you are correct that we applied the funds from the Breezee case to the Kerr case.

Sincerely,

Judicial Assistance Team
U.S. Department of State
Bureau of Consular Affairs
Office of the Legal Adviser

U.S. DEPARTMENT *of* STATE

[1] https://www.news.admin.ch/en/newnsb/UQv9oqfH6pHXEQ9f77ziE

SENSITIVE BUT UNCLASSIFIED

**From:** Joshua M Ambush, Esq. <jambush@ambushlaw.com>
**Sent:** Monday, April 13, 2026 8:27 PM
**To:** Nannette Garcia <ngarcia@ambushlaw.com>; FSIA-LR <FSIA-LR@state.gov>
**Cc:** Kara Coggins <kcoggins@ambushlaw.com>
**Subject:** [External] RE: Follow-Up Request – A4 Service Status and Payment Confirmation

Thank you Nanette.

AMBUSH
**Joshua M. Ambush**
**Principal**
**O:** 410.484.2070 | **C:** 410.218.6498
106 Old Court RD | Suite 303
Baltimore, Maryland 21208
www.ambushlaw.com

**From:** Nannette Garcia <ngarcia@ambushlaw.com>
**Sent:** Monday, April 13, 2026 7:54 PM
**To:** fsia-lr@state.gov
**Cc:** Kara Coggins <kcoggins@ambushlaw.com>; Joshua M Ambush, Esq. <jambush@ambushlaw.com>
**Subject:** Follow-Up Request – A4 Service Status and Payment Confirmation

**Case: Kerr v. Islamic Republic of Iran, Case No. 1:25-cv-03190-BAH**

Dear FSIA Service Desk,

My name is **Nannette Garcia**, and I am writing on behalf of **The Law Offices of Joshua M. Ambush, LLC** to respectfully follow up regarding the following matter:

**Kerr v. Islamic Republic of Iran**
**Case No. 1:25-cv-03190-BAH**

Our office previously submitted the A4 service packet for this case, which was delivered to the U.S. Department of State on **October 23, 2025**, under **tracking number 885332583391**.

We kindly request your assistance with confirmation of the following:

1. **The current status of A4 service** for the above-referenced case; and

2. **Confirmation that the payment from the canceled Breezee service request has been properly applied to the Kerr matter**, as previously confirmed in correspondence with the Judicial Assistance Team in September 2025.

We would greatly appreciate any update you can provide at your earliest convenience.

Thank you very much for your time and assistance.

Respectfully,

**Nannette Garcia**
Legal Assistant
The Law Offices of Joshua M. Ambush, LLC
ngarcia@ambushlaw.com