# EXHIBIT 3

**From:** FSIA-LR <FSIA-LR@state.gov>
**Sent:** Thursday, September 3, 2026 10:01 AM
**To:** Kara Coggins; FSIA-LR
**Cc:** Joshua M Ambush, Esq.; Nannette Garcia
**Subject:** RE: [External] Second Follow-Up Request - Kerr v. Iran, No. 1:25-cv-03190-BAH - 1608(a)(4) Service Status Following Swiss Mission Reopening

---

Good morning,

Given the security situation in Iran, service upon Iranian defendants under Sec. 1608(a)(4) is not possible at this time. We may continue to hold any pending requests until such a time as we are able to provide the service requested or circumstances change. Should you wish to have the documents returned, you may contact our office. We regret that we don't have additional information to share at this time, and we are unable to give you a precise timetable for when service may be accomplished, but please do not hesitate to contact our office if you need additional status updates in the future.

Regarding cases currently pending at our embassy, those cases will remain there until operations resume and the cases can be transmitted to the MFA.

Sincerely,

Judicial Assistance Team
U.S. Department of State
Bureau of Consular Affairs
Office of the Legal Adviser

U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

---

**From:** Kara Coggins <kcoggins@ambushlaw.com>
**Sent:** Monday, August 31, 2026 5:29 PM
**To:** FSIA-LR <FSIA-LR@state.gov>
**Cc:** Joshua M Ambush, Esq. <jambush@ambushlaw.com>; Nannette Garcia <ngarcia@ambushlaw.com>
**Subject:** [External] Second Follow-Up Request - Kerr v. Iran, No. 1:25-cv-03190-BAH - 1608(a)(4) Service Status Following Swiss Mission Reopening

Case: Kerr v. Islamic Republic of Iran, Case No. 1:25-cv-03190-BAH (D.D.C.)

Dear Judicial Assistance Team,

I am writing to follow up on your April 14, 2026 correspondence regarding service of process upon the Islamic Republic of Iran pursuant to 28 U.S.C. 1608(a)(4) in the above-referenced case. At that time, your office confirmed that the Kerr service packet had been mailed to the U.S. Embassy in Bern before the conflict began and was pending with your colleagues there, and that service upon Iranian defendants under Section 1608(a)(4) was not possible given the security situation in Iran.

We understand that the Swiss Federal Department of Foreign Affairs has since announced a phased reopening of the Swiss Embassy in Tehran, including resumption of the protecting-power mandate exercised on behalf of the United States. In light of that development, we respectfully request:

1. An update on the status of the Kerr service packet pending in Bern; and

2. Confirmation whether service of process upon the Islamic Republic of Iran pursuant to Section 1608(a)(4) is available at this time, or whether the transmission of documents between Bern and Tehran remains inhibited.

Because we anticipate seeking relief from the Court concerning service in this matter, we would appreciate a written response we may present to the Court.

Thank you for your continued assistance.

Respectfully,

Kara

AMBUSH

**Kara Coggins**

Attorney

**O:** 410.484.2070

106 Old Court RD | Suite 303

Baltimore, Maryland 21208

www.ambushlaw.com