# EXHIBIT 4

Swiss Federal Department of Foreign Affairs, "Swiss representations in Iran" (captured September 3, 2026)
https://www.schweiz-iran.eda.admin.ch/en/swiss-representations-contacts

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Switzerland and Iran**
**Federal Department of Foreign Affairs FDFA**

Published on 1 May 2026

# Swiss representations in Iran

### Reopening of the Embassy of Switzerland in Tehran: 3 May 2026

The Embassy of Switzerland in Tehran has been open again since 3 May 2026.

Only limited consular services will be available initially. To arrange an appointment, clients can contact the embassy by telephone during office hours on +98 992 737 27 90 or by email at any time on tehran@eda.admin.ch .

All visa services remain suspended until further notice. It is currently not possible to apply for a visa for Switzerland and/or the Schengen area in Tehran or at any other Swiss representation. The current entry requirements for the Schengen area and Switzerland remain valid in all cases.

Preparations for the resumption of full embassy operations are underway. Updates on the resumption of visa services will be posted on this website.

## Embassy of Switzerland in Iran

**Location**
No. 2 Yasaman Street
Sharifi Manesh Ave.
Elahieh
19649-63751Tehran
Iran

**Postal address**
Embassy of Switzerland in Iran
P.O. Box 19395-4683
19649-63751 Tehran
Iran

Map

### Head Office

+98 21 22 00 83 33 (Phone)
+98 21 22 00 60 02 (Fax)
tehran@eda.admin.ch
tehran.visa@eda.admin.ch

**Opening hours**

**Public holidays**

## Foreign Interests Section

**Location**
Embassy of Switzerland
Pasdaran, Shahid Mousavi St. (Golestan 5th),
Corner of Paydarfard St., No. 55
16669-83111 Tehran
Iran

**Postal address**
Foreign Interests Section
Embassy of Switzerland
P.O. Box 19395-4683
19649-63751 Tehran
Iran

Map

### Head Office

+98 21 22 54 21 78 (Phone)
+98 21 22 56 52 73 (Phone)
+98 21 22 77 24 68 (Phone)
+98 21 22 58 04 32 (Fax)
tehran.fi@eda.admin.ch

### Consular services

**Telephone hours**

**Opening hours**

**Public holidays**