# EXHIBIT 5

About Newsroom

Service alerts

# International service disruptions

## International Mail Service Suspensions

Updated: Aug. 21, 2026

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to inadequate transportation options or service disruptions within the country. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

View the suspensions

Select one of the entries below to display disruption information for that location or event.

Select View

**Sort by:**

Name, ascending Sort

UNITED STATES POSTAL SERVICE®

Copyright© 2026 United States Postal Service

International service disruptions

# Iran

**3-3-26**

**Temporary Service Disruption**

The Postal Service™ has temporarily suspended acceptance of items destined to Iran due to logistics impacts resulting from the conflict in the Middle East.

Copyright© 2026 United States Postal Service

What we do

Newsroom

Resources

Careers