# EXHIBIT 6

DHL Express online shipping calculator ("Get a Quote"), https://www.dhl.com/us-en/home/get-a-quote.html (accessed Aug. 31, 2026). Destination country field for a shipment from the United States lists "Iran (Shipment service unavailable)".

