# EXHIBIT 8

# EXHIBIT E

**_Hutan v. Islamic Republic of Iran_, No. 1:25-cv-00837-ACR (D.D.C. Apr. 16, 2026),**

**Minute Order**

JDKATZ
ATTORNEYS AT LAW

Sion Evans <sion@jdkatz.com>

## Activity in Case 1:25-cv-00837-ACR HUTAN v. THE ISLAMIC REPUBLIC OF IRAN et al Order on Motion for Alternative Service

1 message

**DCD_ECFNotice@dcd.uscourts.gov** <DCD_ECFNotice@dcd.uscourts.gov> Thu, Apr 16, 2026 at 4:29 PM

To: DCD_ECFNotice@dcd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

### Notice of Electronic Filing

The following transaction was entered on 4/16/2026 at 4:29 PM and filed on 4/16/2026

| | |
|---|---|
| **Case Name:** | HUTAN v. THE ISLAMIC REPUBLIC OF IRAN et al |
| **Case Number:** | 1:25-cv-00837-ACR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**MINUTE ORDER granting [10] Motion for Alternative Service. Upon consideration of Plaintiff's Motion and attached exhibits, the Court finds good cause to GRANT Plaintiff's request for alternative service pursuant to 28 U.S.C. § 1608(b)(3)(C). Section 1608(b)(3)(C) "allows a party to effect service by delivering a copy of the summons and complaint, together with a translation of each into the official language of the foreign state as directed by order of the court consistent with the law of the place where service is to be made, so long as the method of service is reasonably calculated to give actual notice. *See Crescent Petroleum Co. Int'l Ltd. v. Nat'l Iranian Oil Co.*, No. 22-cv-1361 (JMC), 2024 WL 1885498, at *6 (D.D.C. Apr. 30, 2024) (cleaned up). Given the unavailability of service through foreign mail via the Clerk of Court, diplomatic channels, and physical delivery, *see* Dkt. 10 at 4, the Court GRANTS Plaintiff leave to effect alternative service by email. Signed by Judge Ana C. Reyes on 4/16/2026. (lcacr3)**

**1:25-cv-00837-ACR Notice has been electronically mailed to:**

Jeffrey David Katz jeffrey@jdkatz.com, sion@jdkatz.com, tara@jdkatz.com

**1:25-cv-00837-ACR Notice will be delivered by other means to::**