# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUTAN TAGHAVI**<br>**Plaintiff**<br><br>**vs**<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.**<br>**Defendant** | **Case Number: 1:25-cv-00837-ACR** |

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita Berzins certify that on **April 17, 2026 at 12:44 p.m.** I emailed a copy of the within Summons, Notice of Electronic Filing (Alternative Service via E-mail Granted), Civil Cover Sheet, Complaint (English version), Complaint (translated version) to The Islamic Republic of Iran c/o Ministry of Foreign Affairs, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **April 17, 2026 at 12:44 p.m. a** true copy to the party named herein, **The Islamic Republic of Iran c/o Ministry of Foreign Affairs** at **iran@un.int><info@mfa.gov.ir**.

See Attached the RPost Acknowledgment - Proof of Sending (Exhibit A)

June 17, 2026

*Date*

85693

Rita Berzins

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

TAGHAVI HUTAN

Plaintiff(s)

Civil Action: 25-cv-00837-ACR

v.

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN, ISLAMIC REVOLUTIONARY GUARD CORPS, MINISTRY OF INTELLIGENCE AND SECURITY OF THE ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 17, 2026, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of June, 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk