# EXHIBIT 14

FedEx "Calculate FedEx shipping rates" tool, https://www.fedex.com/en-us/online/rating.html. Origin: Baltimore, Maryland, United States; Destination: Tehran, Iran. Captured September 1, 2026.

