# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNO DOE, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 26-cv-01002 (APM)** |
| **ISLAMIC REPUBLIC OF IRAN, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the court is Plaintiffs' Renewed Motion for Alternative Service by Electronic Mail, ECF No. 10. Defendants are "a foreign state or political subdivision of a foreign state," so service upon them is governed by 28 U.S.C. § 1608(a). The D.C. Circuit has observed that § 1608(a) "'sets forth the exclusive procedures for service on a foreign state'" and "strict adherence to the terms of 1608(a) is required." *Transaero, Inc. v. La Fuerza Aerea Boliviana*, 30 F.3d 148, 154 (D.C. Cir. 1994) (quoting H.R. Rep. No. 94-1487, at 24 (1976), *as reprinted in* 1976 U.S.C.C.A.N. 6604, 6623). In *Transaero*, the court held that service on a foreign state could not be accomplished by "simple delivery 'if reasonably calculated to give actual notice,'" as permitted under the parallel provision § 1608(b)(3), because "the analogous subsection of section 1608(a) says nothing about actual notice." *Id.*

*Transaero* forecloses Plaintiffs' request for alternative service. Section 1608(a) does not contain any method of process that would permit service on these Defendants merely by providing them with actual notice via email. If Congress did not deem such method of service on a foreign state to be adequate, this court cannot either.

The court recognizes the unique circumstance faced by Plaintiffs, where the methods of service under subsections (a)(3) or (a)(4) are not presently available because of the war with Iran. But this court cannot craft a judicial exception to § 1608(a) simply to meet the moment. Plaintiffs therefore must wait until they can accomplish service under either subsection (a)(3) or (a)(4).

For the foregoing reasons, Plaintiffs' Renewed Motion for Alternative Service by Electronic Mail, ECF No. 10, is denied. Plaintiffs shall file a Status Report by October 26, 2026, which updates the court on their service efforts.

Dated: July 28, 2026

Amit P. Mehta
United States District Judge