**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEVEN KERR, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-3190 (BAH) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Alternative Service by Electronic Mail Upon Defendant, the exhibits attached thereto, and the entire record herein, and the Court finding good cause, it is hereby:

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that Plaintiffs may serve Defendant the Islamic Republic of Iran by transmitting the summons, the Complaint, the Notice of Suit, and all required attachments, together with a certified Farsi translation of each, by electronic mail to the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int and to the Ministry of Foreign Affairs of the Islamic Republic of Iran at info@mfa.gov.ir, within thirty (30) days of the date of this Order; and it is further

ORDERED that Plaintiffs shall file a certificate of service, together with proof of transmission, within seven (7) days of effecting service.

SO ORDERED.

Date: ______________

____________________________________
BERYL A. HOWELL
United States District Judge